In the Matter of HENRY STEERS, INC., Appellant, against BERTHA REMBAUGH et al., Constituting the Zoning Board of Appeals of the Village of Northport, Respondents.

Argued October 2, 1940; decided October 18, 1940.

*Joshua D. Jones* and *Alfred H. Sarno* for appellant.

*William G. Bushell* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.